**Name & Address:**

Ruth Jones
PO BOX 596
Beverly Hills, California
90213   No phone

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ruth Jones

**PLAINTIFF(S)**

v.

Barack Hussein Obama II, AKA Barry Soetoro, Steve Dunham, Barack Steve Obama, unknown name Doe 1-10; in his individual capacity as a regular person; in his individual capacity as the presumed president of the United States; and in his official capacity as a presumed president of the United States.

**DEFENDANT(S).**

**CASE NUMBER**

CV10-01075 GAF (PJWx)

Alias

**SUMMONS**

TO: DEFENDANT(S): Barack Hussein Obama II

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, **Ruth Jones**, whose address is **P.O. Box 596, Beverly Hills, California 90213**. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 4/23/2010

By: **AMY GRAGERA**
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)   SUMMONS