```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ROGER E. WEST (State Bar No. 58609)
 4  Assistant United States Attorney
    First Assistant Chief, Civil Division
 5  DAVID A. DeJUTE (State Bar No. 153527)
    Assistant United States Attorney
 6
         Room 7516, Federal Building
 7       300 North Los Angeles Street
         Los Angeles, California 90012
 8       Telephone:  (213) 894-2461/2574
         Fax:        (213) 894-7819
 9       Email: roger.west4@usdoj.gov
                david.dejute@usdoj.gov
10
    Attorneys for President Obama
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| RUTH JONES, | ) No. CV 10-1075 GAF(PJWx) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| BARACK HUSSEIN OBAMA II, | ) |
| Defendant. | ) |

**NOTICE OF RELATED CASE**

# NOTICE OF RELATED CASE

**PLEASE TAKE NOTICE** that this case, <u>Jones v. Obama</u> CV 10-1075 GAF(PJWx), is a related case to the previously filed case of <u>Barnett v. Obama</u> SACV 09-0082 DOC(ANx).

Each of the above entitled cases arise from the same or closely related transactions, happenings or events; further, the latterly filed case calls for a determination of the same or substantially related or similar questions of law and fact; and further, the latterly filed case would entail substantial duplication of labor if heard by a different judge.  <u>See</u> Local Rule 83-1.3(a),(b) and (c).  In particular, each case arises from Barack Obama's election to the Presidency of the United States of America; further, each seeks to have the Court adjudicate, *inter alia,* whether he is constitutionally eligible to hold that office for reasons based on his citizenship; and further, the latterly filed case would entail substantial duplication of labor already performed by United States District Judge David O. Carter.

Respectfully submitted,

DATED: May 4, 2010

ANDRÉ BIROTTE JR.
Acting United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division

　　　　*/s/ Roger E. West*
　　　　*/s/ David A. DeJute*
_____
ROGER E. WEST
Assistant United States Attorney
First Assistant Chief, Civil Division
DAVID A. DeJUTE
Assistant United States Attorney