FILED

MAY 11
2010 APR PM 2: 28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  **Ruth Jones**
2  opportunitythink@yahoo.com
   P.O. Box 596
3  Beverly Hills, California 90213
4   no phone
   in pro se
5
6
7
8               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
9
10

| | |
|---|---|
| 11  RUTH JONES, PLAINTIFF<br>12<br>13  v.<br>BARACK HUSSEIN OBAMA<br>14  II; AKA BARRY SOETORO,<br>STEVE DUNHAM,BARACK<br>15  STEVE OBAMA,UNKNOWN<br>16  NAME DOE 1-10; In his<br>Individual Capacity as a regular<br>17  person; In his Individual<br>18  Capacity as the presumed<br>president of the United States;<br>19  and in his Official Capacity as a<br>20  presumed president of the<br>United States, DEFENDANT<br>21 | **CASE NO. CV10-01075 GAF (PJW)**<br>Honorable Gary A. Feess<br> Roybal 740<br><br>**PLAINTIFF'S OPPOSITION TO THIS**<br>**CASE BEING CONSIDERED**<br>**RELATED**<br>**SUPORTING TRANSFER TO**<br>**ANOTHER COURT, ANOTHER**<br>**COUNTY, AND JUDGE OF A CLOSED**<br>**CASE.** |

22  Comes now Plaintiff, Ruth Jones, and files her opposition to this case

23  being considered "related" as defined in <u>L.R. 83-1.3 (a),(b) and (c)</u> .

24      The previously filed case at another court SACV 09-0082 DOC (ANx)

25  has been a "closed" case for many months. This case does not qualify for

26                                    **1**

27  **PLAINTIFF'S OPPOSTION TO THIS  CASE BEING CONSIDERED RELATED**

28

1 a "related" case as it does not meet the criteria. As well, it would cause
2 prejudice to the Plaintiff there by depriving her constitutional right to
3 grievance of a fair and just court. It is unjust to allow the Defendant and
4 the attorneys to 'Judge and court shop' just to ensure obtaining a Judge
5 who has already agreed with them in the past on other issues.
6
7 **1)The Defendant's Notice of Related Case only included the "individual"**
8 **capacity of Barack Obama. The case at hand also includes in the**
9 **"Official Capacity".**
10 **2)The defendant should not be allowed to "court" and "judge" shop.**
11 There was a Judge assigned assumingly randomly when this case was
12 filed. At least when the Judge is picked randomly when the case if filed
13 (February 2010) it has the appearance of fairness in the system.
14 **3)There is no other (related) case which is "open".**
15 This other case is NOT an open case, it is a closed case. It was closed
16 some time in 2009.
17 **4)There would be no advantage to moving this case to Judge Carter.**
18 Judge Carter dismissed this other case. Judge Carter allowed NO
19 DISCOVERY. Judge Carter allowed NO hearings on the MERITS of the
20 case after he has said he would. As there were no discovery and no
21 hearing on the merits, Judge Carter could not have known about the
22 merits of the other case. He could know no discovery as there was none
23 allowed. He would remember the other case, and most likely remember
24 it instead of this case at bar. This too would create prejudice to the
25
26
27
28

2

PLAINTIFF'S OPPOSTION TO THIS CASE BEING CONSIDERED RELATED

Plaintiff's ability to receive a fair trial just because the Defendants were allowed to Court and Judge pick and choose. Judge Carter said he had 50 or more people calling his office. It seemed like it was a circus. The Plaintiff would like to have professionalism and the law enforced instead of the people who are not parties to be influencing the court. Plaintiff is concerned the Defendant wishes to create this atmosphere and try and place her in an unsafe environment far away from her home as there were many alleged threats to the Plaintiff at the case in Santa Ana.

### 5)The plaintiff's case is not  like the other case.

The other case had numerous Defendants. Plaintiff's case only has one Defendant, Barack Obama. In the other case the Plaintiffs were Political Candidates. The Plaintiff in this case is a U.S. citizen and has never been a political candidate. And, the list goes on and on as to how they are different.

There are at least 50 cases in the United States which have been filed against Barack Obama from different standpoints, singly and with other Defendants. They may all be related in that the name Barach obama is included as a Defendant. However, there is **no open case** at the District level in California that I am aware of. And, none  at this District Court in Los Angeles.  I as the Plaintiff have written in my compliant of jurisdiction that I am zoned to this courthouse where I live in North Los Angeles. It would create injustice to the Plaintiff to make her go miles away to another court in another city. That would be punitive.

3

**PLAINTIFF'S OPPOSTION TO THIS  CASE BEING CONSIDERED RELATED**

**6)It would be a great physical hardship on plaintiff in this case at hand to be required to go to a court house many miles away from her zoned courthouse which is the central courthouse in "Los Angeles".**

It would create injustice if the Plaintiff was made to go all the way to another court house out of her city and out of the jurisdiction which she included in her complaint. It would be unjust to require this of the Plaintiff when it would create bias in favor of the Defendant.

**7)There would be prejudice in favor of the defendant if this case was moved to Judge Carter to another courthouse, another county and location other than where the plaintiff lives and resides as noted in her complaint.**

The Defendant had a case in front of Judge Carter which they were successful in getting the Judge to rule for them on every issue. Even when the Judge said he would hold hearings on the "merits" he changed his mind all of a sudden and dismissed the case. The Plaintiff in that other case, was not allowed to obtain any discovery. All the issues went in favor of the Defendant. Is it any wonder they would try and revive a dismissed and closed case at another courthouse a long way from the Plaintiff just so they could be heard under their preferred and chosen Judge. This would appear to be circumventing the system instead of believing the Judge (I assume was randomly assigned) could rule on matters of which he rules every day to uphold the laws.

**8) Mr. Siddharth Velamoor, Judge Carter's law clerk, comes from the same law firm that has been retained in the past to defend Mr. Obama regarding eligibility lawsuits.**

4

**PLAINTIFF'S OPPOSTION TO THIS CASE BEING CONSIDERED RELATED**

1  Mr. Velamoor was an attorney with Perkins Coie, the law firm paid by
2  "Obama" to block any subpoenas for his records. He was Judge Carter's
3  law clerk when the 'other case' was dismissed. He is his law clerk.
4         This too, would  make for more prejudiced in favor of the
5  Defendants to have  this "relationship" as they did in this "other" case of
6  Barnett v. Obama.

7  ### 9)The causes of action and the supporting factual foundation of the
8  plaintiff's case at hand it not the same as the other closed case which
9  included the name of Barack Obama as one of the defendants.

10 There is no factual support if a different judge heard this case it would
11 entail "substantial duplication of labor". Judge Carter does not know the
12 Plaintiff, Ruth Jones, her case, her merits of the case, the facts of her
13 case, and the details of her case. This case is not the same at all of Judge
14 Carter's previous case. If one Judge does not allow and hear any
15 discovery and does  not hold a trial or hearings  on the merits of a case,
16 there is probably nothing he would know which is included in Ruth
17 Jones' case.  But, for sure it would create a prejudice against the
18 Plaintiff. The other case is **not open** and was **not heard** on its merits.
19

20 ### 10)Some of the plaintiffs of the other case  were 3rd party political
21 candidates; this plaintiff is just a citizen with rights under the U.S.
     Constitution.

22 ### 11)Even though a Judge may not desire to take a case because of its
23 unpopularity, he has an mandate from the U.S. Constitution to review
24 the case whether he wants to or not.

25

26                                 5

27

28 PLAINTIFF'S OPPOSTION TO THIS  CASE BEING CONSIDERED RELATED

**12)It would be a great hardship and be grossly unfair if every time the plaintiff needed to file a documents she would have to go all the way to Santa Ana, Orange county, and back.**

In this central district the court does **not allow** one in **pro se** to file their documents by **e filing.**

That would create an unjust and unneeded **hardship** for the Plaintiff.

The Plaintiff objects and files her opposition to the transfer of this case to another Judge and another county. It would create prejudiced and hardship against the Plaintiff. It would not serve to lessen any duplication of services.

The Defendant would not be prejudiced if this case is not moved.

The location, county and jurisdiction of where this Plaintiff at hand lives and where this harm took place is in Los Angeles in Los Angeles, County.

Dated: Mary 10, 2010        Respectfully submitted by:

*Ruth Jones*

Ruth Jones, Plaintiff in pro se

---

6

**PLAINTIFF'S OPPOSTION TO THIS CASE BEING CONSIDERED RELATED**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. On May 11, 2010, I served the following document described as: "Plaintiff's opposition to this case being considered related supporting transfer to another court, another county and Judge of a closed case " on all interested parties in this action by placing [ X ] a true copy [   ] the original thereof enclosed in sealed envelopes addressed as follows:

Andre Birotte, Jr.
United States Attorney
Room 7516, Federal Building
Los Angeles, California 90012

[   ] (BY FACIMILE) The facsimile machine I used complied with Rule 2003 (3) and no error was reported by the machine. Pursuant to Rule 2008 (e) (4), I caused the machine to print a record of the transmission.

[ X ] (BY MAIL, 1013a, 2015.5 C.C.P.)

[   ]    I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after dater of deposit for mailing in affidavit.

[   ] I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[   ] (BY MESSENGER) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal services. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.)

[   ] (BY PERSONAL SERVICE) I delivered the foregoing envelope by hand to
_____ or their representative.

[ X ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 11, 2010 in Los Angeles, CA.

Chelsea Zeeuw
Chelsea Zeeuw