*Original*

1  Ruth Jones
   opportunitythink@yahoo.com
2  P.O. Box 596
3  Beverly Hills, California 90213
   no phone
4  in pro se

5

6

7               UNITED STATES DISTRICT COURT
8               CENTRAL DISTRICT OF CALIFORNIA

9  | RUTH JONES, | CASE NO. CV10-01075 GAF (PJWx) |
   | PLAINTIFF | Honorable Gary A. Feess |
10 |     v. | Court Roybal 740 |
11 | BARACK HUSSEIN OBAMA | |
   | II; AKA BARRY SOETORO, STEVE | **NOTICE OF PLAINTIFF'S OPPOSITION** |
12 | DUNHAM,BARACK STEVE | **TO THE DEFENDANT'S MOTION TO** |
   | OBAMA,UNKNOWN NAME DOE | **DISMISS HER COMPLIANT.** |
13 | 1-10; In his Individual Capacity as a | |
   | regular person; In his Individual | Date: July 26, 2010 at 9:30 am |
14 | Capacity as the presumed president | |
15 | of the United States; and in his | |
   | Official Capacity as a presumed | |
16 | president of the United States, | |
   | DEFENDANT | |
17

18           NOTICE OF PLAINTIFF'S  OPPOSITION TO DISMISS ACTION

19                                    AND

20    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION

21        NOTICE TO THE DEFENDANT, BARACK OBAMA, that Plaintiff, Ruth Jones,

22  hereby files opposition to the Defendant's motion to dismiss her complaint. This case is

23  not a frivolous case as it pleads cause of action with all the requisite elements including

24  merit of the case. The Plaintiff's country has been hijacked by a usurper who could stop

25  all these cases being filed, by supplying the Plaintiff with a certified copy of his birth

26  certificate showing his place of birth, his mother's name and where she was born and

27  his father's place of birth and where he was born, the name of the hospital where he

28                                    1

1   was born, the signature of the doctor who verified his birth and the signature of the
2   hospital official where he was born. The Defendant has hid this from the Plaintiff and
3   the people of the United States. This complaint could never be termed frivolous in any
4   believable way. This compliant turns on no political question. The Judicial Courts of
5   the United States are vested in the interpretation of the law and the <u>U.S.</u> <u>Constitution</u>;
6   and the enforcing of the law. The <u>Constitution</u> holds the two top highest positions in
    the United States to the highest of standards; a natural born citizen.
7
8       The Defendant by his own admission is a son of an African father of the Lau tribe.
9   The Plaintiff's has been harmed as her rights under the <u>U.S. Constitution</u> have been
10  impaired; she has lost her freedom and liberty and her country. The harm is very specific
    and has continued to mount since the filing of her compliant.
11
12      Plaintiff has standing of a prudential, justiciable, <u>Article III</u> foundation. This court
13  has subject matter jurisdiction as it is the District Court which the Plaintiff is zoned to for
14  hearing cases and controversy of <u>Article 3 of the U.S.</u> <u>Constitution</u>.

15      The Plaintiff seeks to litigate this claim of her harm as a result of the Defendant
16  being a usurper of the seat of the Office of the President of the United States of America.
17  This is a deprivation of the rights of the Plaintiff of having a foreign enemy in the inside of
18  the oval office of the President wrecking destruction of the Plaintiff's country the United
19  States of America from the inside. This is the correct and appropriate court for this case to
20  be decided; this court has subject matter jurisdiction. This is a case of first impression in
    our courts as this has not happened before in the Plaintiff's country.
21
22      The Plaintiff bases this opposition on documents filed in this case, complaint,
    exhibits, the attached memorandum of law, argument and further documents and grounds.
23      The face sheet of the complaint shows the Plaintiff does not have a phone; she did not
24  receive a courtesy email copy of the motion.

25  Dated: July 10, 2010                    Submitted by:
26                                          Quaspore
27                                          Ruth Jones, Plaintiff
                                                     2
28

## TABLE OF CONTENTS

NOTICE OF PLAINTIFF'S OPPOSITION TO DISMISS ACTION.......... 1

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION ................................................................................. 1

I.INTRODUCTION.......................................................................... 1

II. FACTS OF THE CASE................................................................. 2

III. ARGUMENT................................................................... ....... 3

A-That other citizens of the United States will benefit does not preclude Plaintiff's Standing.............................................................................3

B-The Plaintiff has standing for addressing her grievance under Article III of the United States Constitution. ...................................................... 4

C-The Plaintiff pleads injury in her complaint..................................... 7

D-The remedy will redress the problem............................................. 8

E-Baker v. Carr, 369 U.S. , 82 S. Ct. (1962)  supports the Plaintiff's case not the Defendants. ........................................................................ 8

F-The Plaintiff asserts there will be great irreparable harm to her if this case is not heard on its merit and Congress is not the branch to act............... 10

G-The complaint does not violate the Separation of the Branches of government. ............................................................................ 10

H- Plaintiff's complaint is not based on a political question................. ... 11

I-This court has Justiciability in this complaint; there are no political questions.................................................................................... 11

J-The Plaintiff is entitled to have this court decide the merits of the dispute.................................................................................... 12

K--The court can modify or throw away prudential standing. Bennett v. Spear 520 U.S. 154, 162 (1997)................................................................ 13

L-The Plaintiff's complaint is amply pleaded she has an injury in fact. ......13

M-This is a case of First Impressions. .................................................13

i

N-The Plaintiff also has standing for her constitutional controversy as plead under 42 U. S. C. section 1983 and 28 U. S. C. section 1331...................13

O-This case is ripe because the Plaintiff would suffer overwhelming irreparable harm is this case is not decided. ....................................   14

IV. CONCLUSION ..................................................................   17

## TABLE OF AUTHORITIES

### FEDERAL CASES

Abbott Laboratories v. Gardner, 387 u.s. 136 (1967)..................... ............14

Aetna Life Insurance Co. v. Haworth, 300 U.S. 227 (1937)..................................................................................17

Allen v. Wright, 468 U. S. 737, 750 (1984)..................................... .........12

Baker v. Carr, 369 U.S. , 82 S. Ct. (1962)................................... .........9,15

Bennett v. Spear 520 U.S. 154, 162 (1997)................................. ..........11

Citizens United V. Federal Election commission, 558 U. S. (2010) ............16

Cooper v. Aaron, 358 U.S. 1 (1958)............................................... .........13

FLAST v. COHEN,392 U.S. 83 (1968).......................................... .........11

Lujan v.Defenders of Wildlife 504 U. S (1992)................................. .........8

McDonald Et Al. V. City Of Chicago, Illinois, Et Al. 561 U. S. (2010). .........16

Powell v. McCormack  395 U.S. 486 (1969)...................................... ......15

VALLEY FORGE COLLEGE v. AMERICANS UNITED 454 U.S. 464 (1982)....................................................................... ...........12

Warth v. Seldin, 422 U.S. 490, 498 (1975)..................................................................... ......12

# FEDERAL CONSTITUTION

Article VI……………………………………………………..…………     13

Article 2  section 1…………………………………………..… …………    5,10

Article 3 section 3 …………………………………………………………     6

Article I, Section 5…………………………………………   …………     15

Article IV, Section 2 …………………………………………..…………     6

Amendment I, Article 2 section 1 clause 8; Article 2 section 2 section,
Article I section 9 clause 8, Article 2 section 1 ………………………….     5

Art. III, 2, …………………………………………………………………     4

Article III………………………………………………………..………….2,4,16

# FEDERAL STATUTES

42 U. S. C. section 1983……………………………………………………     13

28 U. S. C. section 1331…………………………………………………     13

# OTHER

FEMA ……………………………………………………………………8

FOIA …………………………………………………………………… 7

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION

### I.     INTRODUCTION

The Plaintiff seeks grievance through her complaint as is her right under the 1st amendment to the U.S. Constitution. She has received injuries as a result of the Defendant, Barack Obama, who has proclaimed throughout the land his father is Barack Obama, Sr. and born in Kenya, Africa of the Lau tribe.(pc, p25 Ln 24-25). The Defendant is a foreigner and is the presumed President of the United States. As being from the inside of the White House in the highest office of the United States of America he has been overthrowing the government of the Plaintiff country of which she has been a citizen from birth. This is a deprivation of the rights the Plaintiff has to have a "natural born" president in the highest office of the U.S. A. for the very purpose to prevent those foreigners and enemies of the United States with their allegiance to lands other than the United States would not be able to get inside the U.S. government to destroy the United States form the inside. The Plaintiff does not know the Defendant's real name as she has not seen his certified birth certificate. The Plaintiff does not believe the Defendant is even a U.S. Citizen; definitely not a "natural born" citizen as is constitutionally required for the highest office in the U.S.

Since the filing of the complaint, the harm against the Plaintiff has increased. Plaintiff's has since lost the right to be free of tyranny of government forced medical care which includes mandatory government rationing of health care to the Plaintiff; it carries a penalty of jail time and fines if the health insurance is not bought from the sources of the government. This continues to erode on the freedom and liberty of the Plaintiff and her right to be free of tyrannical rationing and killing by the government withholding of health care. The debt for the country has been run up with spending out of control and the country is staggering as the lack of jobs. The debt to the country of Communist China by the Plaintiff's country shows absence of morality and fear of

1

her country to be in such high debt to a country of which has such a deplorable human rights record..

## II.   FACTS OF THE CASE

This case seeks her remedy under Article III of the U.S. Constitution. In January 2009 the Defendant was sworn into office of the President. It is the Plaintiff's position he is not in fact the President as he is not "natural born" but is a type of de-facto President. It is also noteworthy that because he is not a Constitutional President he can not be "impeached" which is another reason to hear this case on the merits. One of the first things he did when he took office was to write an Executive Order that no one could see his birth certificate. The Plaintiff believes this is a conflict of the U.S.Constitution, Article 2 section 1 where it requires the U.S. President to be "natural born". To deny access to these documents is to deny his eligibility. You can not have one without the other if you want the position. He knew what he was covering up.

The Defendant signed an executive amended order #12425which took away numerous protections from the Plaintiff. It provides excess protections and benefits to those of foreign birth. This immediately harmed the Plaintiff. It took away her right to face her perpetrators in criminal court. It took away the rights of the courts to hear her case for criminal activity where she could be taken to international court. This is a direct deprivation of the Plaintiff's rights to be safe under the legal laws of the U.S. Constitution. The Plaintiff's country the U.S.A. has given away their sovereignty to the foreign powers in this Executive order. The President acts on these Executive Orders and so do those around him; they are law and they are acted upon. The Defendant continues to ignore Congress and make appointees with out Congresses approval as just recently with the head of the new czar over the Obamacare and rationing. The man was someone who is known for his aggressive views on rationing of medical care to the people. This is killing people by the government by simply withholding medical care. This is genocide in policies this usurper has brought into

2

1  the United States to harm and destroy it. These policies have permission deny the

2  Plaintiff's right to live.

3  There followed ......the Defendant accepting the Nobel Peace Prize. The U.S.

4  Constitution forbids the President to accept any titles and money from foreign

5  governments. This continues to show the Defendants allegiance to the people of

6  foreign countries. The United States is a nation of laws.

7      And on 9/23/09 the Defendant agreed to and chaired the United Nations. This

8  too was an indication of the promise to over throw the United States government and

9  it too was prohibited by the U.S. Constitution as it was a sign of non-allegiance to the

10  United States. It was reward for the previous indication of his allegiance to the

11  foreign powers and a slap in the face of the Plaintiff, a United States citizen who was

12  deprived of a president who placed her country first before other country and of

13  foreign people.

14

15  III.   <u>ARGUMENT</u>

16  The Plaintiff has pleaded standing in her complaint. In Plaintiff Complaint (hereafter

17  pc) on p. 4,9, there is pleading she is a U.S. citizen of good standing with a domicile of

18  Los Angeles County, California. The Plaintiff mounts this challenge to the Defendant

19  being a usurper of foreign birth which deprives her of her Constitutional rights she has

20  to a "natural born" citizen.

21

22  **A-That other citizens of the United States will benefit does not preclude Plaintiff's**

23  **Standing.**It is the Plaintiff who seeks this action based on the harm she has received

24  as a result of the Defendant and the harm she is likely to receive imminently and in

25  the future. The fact that the United States and other U.S. citizens will be beneficially

26  affected does not preclude the Plaintiff from having standing.

27

28

1    **B·The Plaintiff has standing for addressing her grievance under <u>Article III of the</u>**

2    **<u>United States Constitution.</u>** (pc, p2-4, 13-17)

3    <u>Article III, Section 2</u> .Article III states the judicial power of the federal courts extends

4    only to cases and controversies which arise under the Constitution, federal laws of the

5    United States and its treaties. Here the Plaintiff easily exceeds the Constitutional

6    threshold for standing. She faces an injury of the Defendant's and the government's

7    making, by not addressing the eligibility of the Defendant's non "natural born" status

8    and  verification his **only** allegiance is to the United States of America, not Interpol,

9    not accepting title and gifts of money from those of foreign lands,  the Nobel Peace

10   Prize, not covering up his records and birth certificate from the people, not making

11   Executive orders taking away the protections of the Plaintiff and giving special

12   benefits to those of foreign countries, by not being the chairperson of the United

13   Nations which is just a symptom of his non "natural born" birth states he does not

14   fulfill to be a President of the United States of America' s very top job. (pc, count 1, 2

15   and 3.)

16        Under  the <u>United States Constitution Article 2 section 1 clause <u>5</u></u> the Plaintiff

17   seeks remedy for her deprivation and harm as a result there of her constitutional

18   right to the highest office in the U.S., the Presidency, must be a "natural born" citizen

19   with full birth allegiance to the Plaintiff's country the United States of America.

20   (pc,p23,). As a result of that non-allegiance to the United States, the Plaintiff has

21   received injury. The Defendant has been in the process of over throwing the

22   government of the United States to those of foreign powers; which further makes this a

23   'Constitutional Controversy' as these very acts of the Defendant are with the motive to

24   destroy the United States in spite of the <u>U.S. Constitution</u>. This is the direct result of

25   the violation of the "natural born" status that our nations First Justice, John Jay

26   warned someday would come. "Permit me to hint, whether it would be wise and

27   reasonable to provide a strong check to the admission of Foreigners into the

28   administration of our national government; and to declare expressly that the

4

1  Commander in Chief of the American army shall not be given to nor devolve on, any

2  but a natural born citizen". (pc,p3 Ln 5-14.) the framers of the Constitution had very

3  real and concrete concerns of tyranny they had experienced while still British colonies.

4        The Court is mandated by jurisdiction and review by the Supreme Law of the

5  Land, the U.S. Constitution Article IV. "The Defendant's birth father was born into

6  Kenya's Luo tribe". This court is mandated by the Supreme Law which states the

7  Judicial Court must enforce and protect the U.S. Constitution. This Honorable Court

8  has taken an oath of office to uphold the U.S. Constitution. (pc, p5,13).

9        The Plaintiff has alleged Constitutional action and controversy where she

10  throughout the entire complaints complains of the deprivations and injury she has

11  sustained as a result of the actors under color of the law and the Defendant violating

12  Article 2 section 1.

13  The Plaintiff **pleads one deprivation** of her rights under the U. S. Constitution

14  prohibits those who are not "natural born" citizens may never be the President of the

15  United States of America. (count 1.pc,p23-38) Article 2, Section I.

16  (pc, p6 Ln 6-10). As a result of this **Count I Constitutional violation,** the Plaintiff has

17  received injuries as a result of this **one violation**. It is the belief of this Plaintiff and the

18  founding fathers of this nation but for the Court one, the pouring out of harm to the

19  Plaintiff would not have occurred. These injures stem from the Defendant's swift

20  actions since January 2009 to over throw and destroy the United States from not only

21  within; but within the Trojan Horse of the White House in the number one top position

22  of the United States. As a result, the onslaught of the destruction of the United States

23  has been continuing to rain upon the head of the Plaintiff faster than rain. Only this

24  Court may stop this bleeding of the aorta and all its arteries throughout the United

25  States; only this court has the Judicial Power invested in it by the U.S. Constitution to

26  uphold the laws and the Supreme Laws of Plaintiff's great nation.

27  This is plead under the U.S. Constitution violation of Amendment I, Article 2 section 1

28  clause 8; Article 2 section 2 section, Article I section 9 clause 8, Article 2 section 1. The

5

1  Plaintiff pleaded herein the Defendant's withdrawal of her protection and rights
2  taking away the sovereignty of the United States. The Defendant now had the power;
3  with the stroke of his pen he made an Executive Order for immunities and benefits to
4  those of foreign countries showing his allegiance to those not of the United States. This
5  is what the wise man; Justice John Jay knew would one day surely come. The time is
6  come and this will always be an immediate threat and must be interpreted and
7  ordered by this court.
8  The Plaintiff has alleged in her complaint a **Constitutional controversy** of Treason
9  against the Defendant for giving comfort and aid to those of terrorist and enemies of
10  the United States; while taking away the protections of the people of who were
11  guaranteed his allegiance by the U.S. Constitution. (pc, p38-57). The Plaintiff is asking
12  the Court to declare this treason; letting the Congress determine the penalty.
13  Treason is in the U.S. Constitution, Article IV, Section 2 addresses the crime of treason
14  and how if the charge is made in any state the person will be returned to the state.
15  This is not the acts of Congress. Under Article 3 section 3 of the Heading "The Judicial
16  Branch" the Constitution speaks that no person shall be convicted of Treason except
17  for a confession in open court or on the testimony of two witnesses in court. It only
18  spells out "Congress" will be the ones who shall declare the punishment of Treason
19  which is congruent with the complaint.
20  The Plaintiff plead the time line of the Defendant where he on September 14, 2009 it
21  was leaked he would be chairperson to the United Nations; on September 16, 09 he
22  signed (issued Sept 17) the Executive Order giving comfort and aid to the enemies and
23  terrorist while taking away Plaintiff's Constitutional rights, and on September 23,
24  2009 he was the only United States President (presumed) to preside as the chair
25  person over the General Assembly of the United Nations. All of these were giving aide,
26  comfort and allegiance to those of foreign power underscoring his lack of "natural born"
27  citizen birthright. (pc,p 39).
28

6

## C. The Plaintiff pleads specific concrete non-abstract injury in her complaint.

She experienced direct harm from the Defendant Executive amended order #124125.Took away the Sovereignty of the U.S. leaving Plaintiff without her rights under the Constitution right to a jury, right to see the one who committed a crime against you, the right to be tried under the courts in the United States, she was now potentially allowed to be taken to an international court without the state or federal courts having a say over her protection. On the converse this amended order gave comfort and aid to those people who are not U.S. citizens but included terrorist and enemies of the Plaintiff's country (Interpol), the U.S. by allowing them to buy land and property without paying taxes, to placed their money into banks in the U.S. and not pay taxes on the profits, to prohibit the U.S. Court to search and seize their assets, and not allow the courts to order <u>FOIA</u> request or others. They were given the privilege on not paying custom duties.

This was injury against Plaintiff as a U.S. citizen who had the right of a President to place the interest of the people in the U.S. as his only allegiance not the people of foreign countries. All these harms are specific measurable to the Plaintiff but for his non- allegiance to the United States.   These injuries are real and have already happened. The Plaintiff has already lost these rights; and the people of other countries have already gained their unjust liberties and money made in the U.S. not taxed as the Plaintiff is. All these amended order was to give and show to the people of the foreign nations including the enemies and terrorist that the Defendant was taking away from the Plaintiff and the people of the U.S. and giving comfort and aid to the enemies and foreign countries.

She was deprived of right to have a President who had full allegiance to the Plaintiff as her President of her country. By not having his allegiance and his proclamation to the world of such by the acceptance of the Nobel Peace Prize he showed his disdain for allegiance to the <u>U.S. Constitution</u> and her country. This is an outward  show of allegiance to the enemy and terrorist; a direct violation of the <u>U.S. Constitution</u> which

1  correlates his fathers non- American birth heritage which make his a de-facto

2  dictatorship with distain to uphold the U.S. Constitution. It shows the Defendant's

3  allegiance to foreign countries not that of the Plaintiff's country.

4  By becoming the chairperson of the United Nations the Defendant evidenced his non

5  legitimate Presidency and his allegiance to those of foreign countries at the expense of

6  the Plaintiff's country. This was giving aid and comfort to the enemy and terrorist as

7  an outward sign to the world his allegiance is that to the United Nations not of the

8  United States. It is a direct violation for her President to hold duties for other

9  countries while he is the presumed president of the U.S.

10  The Plaintiff experiences stress and fear of the coming orchestrated injuries to her

11  country with out of control spending and number of czars not approved by Congress.

12  The acts of allegiance to the foreign countries made the Plaintiff fearful for her safety

13  and the coming Marshall Law through FEMA to take over the people. The Plaintiff's

14  injuries are her loss of liberty as evidence in the number of Czars appointed without

15  Congress approval.

16

17  **D. The remedy will redress the problem.** The plaintiff must show that the conduct of

18  which he complains has caused him to suffer an "injury in fact" that a favorable

19  judgment will redress. See Lujan v.Defenders of Wildlife 504 U. S (1992)., at 560-

20  561.The remedy the Plaintiff has requests is to remove the Defendant as the

21  presumed president who is  Illegitimate and a usurper as well;  then  every law and

22  appointment made as a result of him will be null and void up through a new president

23  being elected. The current V. President would be sworn in immediately as he too must

24  hold the same qualifications. This is providing the Plaintiff with remedy that will

25  address her harm.

26

27

28

8

E.   Baker v. Carr, 369 U.S. , 82 S. Ct. (1962)  supports the Plaintiff's case not the Defendants.

"The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person . . . [t]o redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States . . . ."  Baker v. Carr  369 U.S. 186, 201. (1962).

In this case the court looks to see if there was a political question and if it would best be addressed in the accountability instead of the courts. As well, the Defendant argues that this is Congresses area to resolve.

The Defendant filed pages on how the Congress would act to verify and act if the Defendant is not eligible to hold the number one office of the U.S. But, the time for Congress to act has long since gone and now that possibility is moot.

When the law is written there is a time to create and mold it by congress. Then finally it is finished and on a date becomes law. When that law or a person violating that law seeks remedy his correct place to file grievance is in the court not back to the Congress. Their time is passed and is moot. Now is the time for the court to interpret and make orders. The Plaintiff believes when all the components are in place the court has a duty to hear the merits of the case.

If the merits of this case are not heard the Plaintiff will retain her harm, she will incur new harm and she will for all time for the rest of her life loose her liberty and freedom in what has been the greatest nation on earth because of the U.S. Constitution.

1  F- The Plaintiff asserts there will be great irreparable harm to her if this case is not

2  heard on its merit and Congress is not the branch to act.

3

4  First, the Defendant's father, by his own admission to millions of people, was born in

5  Kenya, Africa. The Defendant can not be a "natural born" citizen if his father was born

6  of the Lau tribe in Africa.

7  This would show the Defendant is a usurper and not a legitimate U.S. President. As

8  such, he would not be a "Constitutional" president to "impeach" by Congress. There

9  does not exist any Constitutional mechanism for the over throw of a usurper in the

10  White House while there is not a legitimate President.

11  The court is the only option and the sooner the better before it is too late for recourse.

12  The congress has not been involved in this issue. They have their agenda busy just

13  trying to prevent disaster and to deny the Defendant appointments which the

14  Defendant ignores their lack of consent and appoint his  out of control unlimited

15  Czars.

16

17  G- The complaint does not violate the Separation of the Branches of government.

18  This is not a case which asks the courts to rule a law the Congress has written

19  as being unconstitutional.  The law which this case turns on is Article 2, section 1 of

20  the U.S. Constitution written by our founding father many years ago.

21  As with all case in court, it starts with some law. And because there has been

22  harm as a result of a law the case goes to court not back to the Congress for them to

23  interpret and enforce the law. The same is this instant case. There is a law.  The law in

24  this case was not followed either and so it was brought into this correct court for

25  Plaintiff's remedy.

26  It is Plaintiff's assertion the Defendant is not in fact the President but a de-

27  facto dictator and is in the Executive positions as a usurper because he by his own

28  words is not eligible for the office of the U.S. President. (pc, p2 Ln3,4,p3 Ln4-7).

1    So the Defendant would not be a "constitutional" president where by the

2  Congress could act under the U.S. Constitution and "impeach" him. He is a de-facto

3  dictator and has evidenced this all through the compliant.

4    The Defendant has not shown any proof he is a U.S. citizen and the Plaintiff

5  does not believe he is; but that is not needed for this case.

6

7  **H-Plaintiff's complaint is not based on a political question.**

8   The one question this whole case hinges on is the judicial interpretation of the

9  meaning of "natural born" citizenship which is a threshold requirement for one to hold

10  the highest office (and V. Pres.) in the U.S. The Plaintiff believes one must go back to

11  the time when the document was written to intent of the framers. The Defendant has

12  already told the world in his memoirs, Dreams of My Father from which he became a

13  millionaire  from the profits after he was sworn in the office of the President.

14  The courts have ruled that just because there may be political questions involved or it touches does

15  not mean the case can not be heard as the foundation as in this case, is based on a violations of the

16  U.S. Constitution which as caused injury to the Plaintiff.

17  I-This court has Justiciability in this complaint; there are no political questions. "Justiciability is

18  itself a concept of uncertain meaning and scope. Its reach is illustrated by the various grounds upon

19  which questions sought to be adjudicated in federal courts have been held not to be justiciable. Thus,

20  no justiciable controversy is presented when the parties seek adjudication of only a political

21  question, when the parties are asking for an advisory opinion, when the question sought to be

22  adjudicated has been mooted by subsequent developments, and when there is no standing to

23  maintain the action. Yet it remains true that "[j]usticiability is . . . not a legal concept with a fixed

24  content or susceptible of scientific verification. Its utilization is the resultant of many subtle

25  pressures . . . ." FLAST v. COHEN,392 U.S. 83 (1968).

26

27

28

1   **J-The Plaintiff is entitled to have this court decide the merits of the dispute.**

2   <u>Warth v. Seldin, 422 U.S. 490, 498 (1975).</u> The standing requirement is born partly of

3   "'an idea, which is more than an intuition but less than a rigorous and explicit theory,

4   about the constitutional and prudential limits to the powers of an unelected,

5   unrepresentative judiciary in our kind of government.'" *<u>Allen</u> v. <u>Wright,</u> 468 U. S. 737,*

6   *750 (1984)* (quoting *Vander Jagt* v. *O'Neill,* 699 F. 2d 1166, 1178-1179 (CADC 1983)

7   (Bork, J., concurring)).

8   "Without such limitations—closely related to Art. III concerns but essentially matters

9   of judicial self-governance—the courts would be called upon to decide abstract

10   questions of wide public significance even though other governmental institutions may

11   be more competent to address the questions and even though judicial intervention

12   may be unnecessary to protect individual rights." <u>*Warth,*</u> 422 U. S., at 500.

13   **K-The court can modify or throw away prudential standing. Bennett v. Spear 520 U.S.**

14   **154, 162 (1997).**

15   (a) The term "standing" subsumes a blend of constitutional requirements and

16   prudential considerations, and it has not always been clear in the opinions of this

17   Court whether particular features of the "standing" requirement have been required

18   by Art. III ex proprio vigore, or whether they are requirements that the Court itself

19   has erected and which were not compelled by the language of the Constitution.

20   <u>VALLEY FORGE COLLEGE v. AMERICANS UNITED 454 U.S. 464 (1982)</u>—about

21   taxes

22  

23   (b) In reaching this conclusion, we do not retreat from our earlier holdings that

24   standing may be predicated on **noneconomic injury**. We simply cannot see that

25   respondents have alleged an injury of any kind, economic or otherwise, sufficient to

26   confer standing. The federal courts were simply not constituted as ombudsmen of the

27   general welfare.

28   The Plaintiff plead prudential standing in her complaint. (pc,p17-18).

1  She stated in her complaint: There is no passing of the buck under the guise of

2  the "doctrine of prudential". James Madison stated that no matter how much a Justice

3  does not want to get involved in a case or to hear a certain case, it has no choice, as

4  the mandate from the United States Supremacy Clause, <u>Article VI</u> prohibits a court

5  from passing on a complaint that alleges federal constitutional violations as this case

6  surely does. The Plaintiff believes the Supreme Law of the <u>U.S. Constitution Article</u>

7  <u>VI</u> is the <u>Supreme Law</u> of the Land over issues where there is a federal constitutional

8  controversy and supersedes any "doctrine of prudential" standing or jurisdiction. (pc,

9  p17 Ln 11-21).

10

11  **L-The Plaintiff's complaint is amply pleaded she has an injury in fact.**

12  The Plaintiff is pleading her own injury and not that of the third party. However, the

13  courts have ruled that sometimes they even relax the standard and allow 3rd parties to

14  file for others so the benefits will affect a vast number of people. And the court has

15  stated that while a Plaintiff may be the one enjoying the relief it is great when it

16  affects large numbers. This has been evidenced highly of cases from the beginning. It is

17  evidenced in the case the Defendant has against Arizona. The Defendant is not the one

18  injured but he probably thinks it will affect hundreds of people. The case here at bar

19  has specific injuries. Many cases affect large numbers of people as in <u>COOPER v.</u>

20  <u>AARON, 358 U.S. 1 (1958).</u> " No state legislator or executive or judicial officer can war

21  against the Constitution without violating his solemn oath to support it." <u>COOPER v.</u>

22  <u>AARON, 358 U.S. 18 (1958).</u>

23

24  **M-This is a case of First Impressions.**

25  **N-The Plaintiff also has standing for her constitutional controversy as plead under 42**

26  **U. S. C. section 1983 and 28 U. S. C. section 1331.** (pc, p6,7,13 Ln 18-24). The

27  Defendant is acting under color of the law failing to provide disclosure and

28  transparency of his eligibility and them having the power of the President of the U.S.

1   took as one of his first acts in the office to deny the Plaintiff the right to see his birth

2   certificate and other usual records such as college records, medical reports, etc.

3

4   **O·This case is ripe because the Plaintiff would suffer overwhelming irreparable harm**

5   **is this case is not decided.**

6          This case is ripe as in the issue is not speculative; it has occurred and is

7   occurring so it is not an abstract disagreement. First, the plaintiff must show that a

8   hardship is likely to be suffered in the absence of a judgment. This hardship could be

9   caused by the law as it will eventually be applied, by collateral injuries, or because

10  compliance with the law causes the hardship and the only other choice is to break the

11  law with the resulting consequences of being prosecuted. The second consideration is

12  whether the issues are fit for a judicial decision. An issue that specific facts would

13  assist in the judicial consideration will be found not ripe, while an issue is ripe when it

14  is mostly a question of law, one which does not depend on context. *Abbott Laboratories*

15  *v. Gardner,* 387 u.s. 136 (1967).

16          There was no pleading in the Plaintiff's compliant for a remedy of

17  'impeachment' against the Defendant. The remedy calls for the removal of a non

18  eligible president (de·facto dictatorship) who has proclaimed his father's birth from

19  Kenya Africa. The Plaintiff does not believe the Defendant was born in the U.S. nor

20  does she believe he is even a U.S. citizens but using a Kenyan passport. However, this

21  part is immaterial to the issue he is the child of a birth father born in Kenya of the

22  Defendant's own words.

23  Plaintiff does not believe the other Obama case where  the Defendant just said go look

24  has the same pleaded circumstances as this one at bar. There has been a merry go

25  round of cases with the Defendant. But, the area that has been in question has

26  surrounded the area of standing. Standing is a difficult concept which is based on the

27  very different facts on the specific case and how they are plead and how detained they

28  are plead. This instant case does not have the same details and pleading as the other

14

1   cases. It is a highly individualized issue that has to be evaluated by the court on its

2   own unique qualities.

3        The Plaintiff believes this case must be heard on the merits as the time is ripe

4   and to not do so will destroy the Plaintiffs country providing her freedom and liberty

5   and the total destruction of her country as we know it will be destroyed and overtaken

6   by Russia or some other international power and most likely death with the

7   assistance of the Defendant.

8   In <u>Baker v Carr (1962), 369 U.S. , 82 S. Ct. (1962)</u> the Court concluded that the

9   political question doctrine did not bar courts from reaching the merits of a challenge

10  brought against Tennessee's system of apportioning its state legislature.  Although the

11  case was "political" in the sense that it was about politics, and there were questions

12  about how courts might grant relief if Tennessee's apportionment scheme was

13  declared unconstitutional, the Court saw neither as reasons for invocation of the

14  political question doctrine.

15   In <u>Powell v McCormack</u> 395 U.S. 486 (1969), the Court also rejected an argument

16  that the case ought to be dismissed as presenting a political question.  The Court

17  concluded, in a case involving the refusal of the House of Representatives to seat

18  Adam Clayton Powell, that the decision to exclude members was not textually

19  committed to the House--with the exception of criteria identified in <u>Article I, Section 5</u>

20  relating to age, citizenship, and state residency.   Since the refusal to seat Powell was

21  based on a determination that Powell had acted unethically prior to his election, the

22  Court found the exclusion not authorized by Article I and ordered Powell's seating.

23  This litigation is justiciable because the claim presented and the relief sought can be

24  judicially resolved. Pp. 516-518. The relief sought is susceptible of judicial resolution,

25  since, regardless of the appropriateness of a coercive remedy against House personnel

26  (an issue not here decided), declaratory relief is independently available. Pp. 517-518.

27  The case does not present a political question in the sense, also urged by respondents,

28  that it would entail a "potentially embarrassing confrontation between coordinate

15

1   branches" of the Government, since our system of government requires federal courts

2   on occasion to interpret the Constitution differently from other branches. Pp. 548-549.

3   Citizens United *V.* Federal Electioncommission, 558 U. S. (2010). This case asks the

4   political question about chilling political speech, even though that was not the only

5   question. And, this case affected hundreds of people not just the Defendant. In this

6   instant case of the Plaintiffs there is no political question asked. It is directly a

7   constitutional question as to the Courts interpretation of "natural born" as meant by

8   the framers of the Constitution at that time written. The time in history is ripe for

9   this question as there are no limits on the illegal who come into this country by the

10  hundreds. Mcdonald Et Al. *V.* City Of Chicago, Illinois, Et Al. 561 U. S.         (2010) is

11  another case where the remedy affect thousands of other people besides the Plaintiff.

12      No where in the complaint does it discuss the word "impeachment" in

13  connection with the Defendant.

14      The controversy for interpreting the constitution's "natural born" in

15  relationship to a self professed foreign individual is at issue. His removal as to the

16  interpretation of "natural born" being he is not legitimate is not textually delegated to

17  the congress but is delegated to the Court under Article III and in the papers of our

18  founding fathers.

19      No where in the Constitution did the framers make their intentions clear that

20  the Congress was to interpret "natural born" the threshold eligibility requirement  for

21  the highest seat of office in the U.S. to prevent those of foreign birth and heritage from

22  over throwing the government from within. This was a real fear from our founding

23  fathers that some day this would jeopardize our and freedom and Sovereignty. They

24  believe they had taken precautions. The time is ripe for the Courts of make the

25  interpretation of "natural born".

26      Three basic requirements must be met so that the judiciary may hear a case

27  and issue an opinion that would not be advisory. First, the case needs to present an

28

16

1  actual dispute, the second requirement is that the dispute is between adverse

2  litigants, and

3  the last requirement is that if a decision is issued in favor of the claimant, there is a

4  substantial likelihood that it would have some effect.

5     "Declaratory judgments are justiciable as long as they present a real

6  controversy. Declaratory judgments that meet these criteria are themselves

7  justiciable." Aetna Life Insurance Co. v. Haworth, 300 U.S. 227 (1937).

8

9  IV.    CONCLUSION

10     The Plaintiff has pleaded a Constitutional controversy with an adversary

11  Defendant for a real in fact traceable direct injury of which her requested remedy will

12  cure. The controversy of the "natural born" threshold status comes from the

13  Constitution; not from any political question. According to our first Justice John Jay,

14  is has been just a matter of time until if was ripe. Now, it will always be a threat with

15  so many non-citizens coming into the United States of America.

16

17  Dated: July 10, 2010                     Respectfully submitted by:

18                                           _Ruth Jones_

19                                           Ruth Jones

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am live in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.

On July 12, 2010, I served the following document described as " Notice of the Plaintiff's Opposition to the Defendant's Motion to Dismiss" on all interested parties in this action by placing [ X ] a true copy [   ] of the original thereof enclosed in a sealed envelope addressed as follows:

David A. DeJute, Assistant United States Attorney

Roger West, Assistant United States Attorney

300 N. Los Angeles St.

Los Angeles, Ca 91001

[    ]  (BY FACIMILE) The facsimile machine I used complied with Rule 2003 (3) and no error was reported by the machine. Pursuant to Rule 2008 (e) (4), I caused the machine to print a record of the transmission.

[ X   ]      (BY ELECTRONIC MAIL)

[ X   ]        (BY U.S. MAIL)

[ X   ] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after dater of deposit for mailing in affidavit.

[    ]   (BY OVERNIGHT DELIVERY/COURIER)
[    ] I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[    ]  (BY MESSENGER) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal services. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.)

[    ]  (BY PERSONAL SERVICE) I delivered the foregoing envelope by hand to the office of the addressee.

[ X   ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 12, 2010  in Los Angeles, CA.

*Juliette Worden*
Juliette Worden